UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STAFFING CONCEPTS INTERNATIONAL,
INC.,

    Plaintiff,

v.    CASE NO: 8:06-cv-2031-T-23TBM

CNA CLAIM PLUS, INC.,

    Defendant.
_____/

## **ORDER**

The plaintiff having amended the complaint (Doc. 11), the defendant's pending motion to dismiss (Doc. 6) is **DENIED AS MOOT**.

ORDERED in Tampa, Florida, on February 6, 2007.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:    US Magistrate Judge
       Courtroom Deputy